# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT HARTJE**  
ADC #182700                                                    PLAINTIFF

v.                    No. 4:23-cv-238-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Hartje hasn't paid the $402 administrative and filing fee or filed a properly completed application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 19*. His mail is being returned. *Doc. 21*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 Nov. 2023