IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT HARTJE                                                          PLAINTIFF
ADC #182700

v.                              No. 4:23-cv-238-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                       DEFENDANTS

## JUDGMENT

Hartje's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 Nov. 2023